

# THE ATTORNEY GENERAL
# OF TEXAS

## AUSTIN, TEXAS 78711

JOHN L. HILL
ATTORNEY GENERAL

April 19, 1977

The Honorable Carl C. Hardin, Jr.          Opinion No. H-983
Executive Director
Texas State Board of Dental                Re:  Exemption of certain
 Examiners                                 dentists from annual
2101 MacArthur Blvd., No. 110              registration.
Irving, Texas 75061

Dear Mr. Hardin:

You have requested our opinion concerning the authority
of the Board of Dental Examiners to exempt from annual regis-
tration full-time professors at dental colleges, residents,
interns, and full-time employees of the United States Public
Health Service.

Article 4551b-1, V.T.C.S., exempts various persons from
the scope of the definition of dentistry, including:

> 1) members of the faculty of a reputable dental
> college or school where such faculty members
> perform their services for the sole benefit
> of such school or college . . .  9) dental
> interns, dental residents and dental assis-
> tants as defined and regulated by the Texas
> State Board of Dental Examiners in its rules
> and regulations.

In Attorney General Opinion H-890 (1976) we said that a
licensing board could not enlarge upon exemptions created by
statute.  Thus, in general, only those persons within article
4551b-1 may be exempted.  Accordingly, professors are exempted
so long as they "perform their services for the sole benefit
of [their] . . . school or college."  The Board is expressly
authorized to enact rules and regulations defining, regulating
and exempting dental interns and dental residents.  Finally,
this office has previously held that employees of the United
States Public Health Service are exempted so long as they

perform services only for the Health Service.  Attorney General Opinion V-1045 (1950).  See Sperry v. Florida, 373 U.S. 379 (1963); Attorney General Opinion O-4764 (1942).

### S U M M A R Y

Professors at dental colleges and schools are exempted from annual registration with the Board of Dental Examiners so long as they perform their services for the sole benefit of such college or school.  Dental interns and dental residents may be exempted under rules and regulations of the Board of Dental Examiners.  Employees of the United States Public Health Service are exempt so long as they perform services only for the Health Service.

Very truly yours,

JOHN L. HILL
Attorney General of Texas

APPROVED:

DAVID M. KENDALL, First Assistant

C. ROBERT HEATH, Chairman
Opinion Committee

kml